JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLOUDSMARTZ, LLC, a New York limited liability company,<br><br>　　　　　Defendant. | Case No. 8:24-cv-00959-CAS-MARx<br><br>Assigned to the Hon. Christina A. Snyder<br><br>**JUDGMENT**<br><br>Complaint Filed:　May 3, 2024<br>Trial Date:　　　　None |

## **JUDGMENT**

Pursuant to the Motion for Default Judgment ("Motion") of plaintiff Ameris Bank d/b/a Balboa Capital Corporation ("Balboa"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendant Cloudsmartz, LLC, a New York limited liability company ("Cloudsmartz" or "Defendant") in the total amount of **$399,639.45**; which is a sum of the following:

      a. Compensatory damages in the amount owed of $181,272.19, on Equipment Financing Agreement No. 1 ("EFA No. 1");

      b. Attorneys' fees in the amount of $7,225.44 on EFA No. 1;

      c. Prejudgment interest in the amount of $8,591.18 at the statutory rate of ten percent (10%) per annum, from February 10, 2024 (the date of breach), to July 31, 2024 (the hearing date noticed on this Motion);

      d. Compensatory damages in the amount owed of $185,917.41, on Equipment Financing Agreement No. 2 ("EFA No. 2");

      e. Attorneys' fees in the amount of $7,318.34 on EFA No. 2;

      f. Prejudgment interest in the amount of $8,810.89 at the statutory rate of ten percent (10%) per annum, from February 20, 2024 (the date of breach), to July 31, 2024 (the hearing date noticed on this Motion).

      g. Costs in the amount of $504.00;

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: July 25, 2024

*Christine A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT